FILED: March 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-7101
(4:01-cr-00058-TMC-1)

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

FREDERICK LYNN SELLERS

Defendant - Appellant

———————————

O R D E R

———————————

The petition for rehearing en banc was circulated to the full court. No judge

requested a poll under Fed. R. App. P. 40. The court denies the petition for

rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk